the petitioner to confinement and the assessment of travel and gatefee costs are quashed, and the records certified to this Court are ordered returned to the District Court with our decision endorsed thereon. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, for defendant-petitioner.

May 25, 1978.

M. P. No. 78-147. GEORGE C. WOOD *v.* A. MARIE WOOD. The petition for writ of certiorari is denied as premature. *George C. Wood,* pro se, petitioner. *Gary Yesser,* for respondent.

M. P. No. 78-162. EDWARD K. JASPARRO *v.* BETTE ANN JASPARRO. The petition for writ of certiorari is denied. *De Costa & Abilheira, Louis B. Abilheira,* for petitioner. *Robert G. Pariseault,* for respondent.

June 2, 1978.

M. P. No. 78-133. JAMES P. HOSEY *v.* EUGENE P. PETIT, JR. The petition for writ of certiorari is denied. *John Edward Mulligan,* for petitioner. *Stephen F. Mullen,* Office of Special Counsel, Department of Transportation, for respondent.

M. P. No. 78-181. ALDO AIUDI *v.* JOSEPH BAILLARGEON *et al.* The petition for writ of certiorari is granted.

Mr. Chief Justice Bevilacqua did not participate. *Stephen E. Cicilline,* for petitioner. *Aram P. Jarret, Jr.,* Assistant City Solicitor, for respondents.

C. P. No. 78-176. STATE *v.* NICHOLAS ZINNI. The order entered in this court on May 16, 1978 temporarily staying execution of the sentence imposed upon defendant in the Superior Court shall continue in effect until further order of